**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **GAREY SCHNETTLER** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 08-5811** |
| | : | |
| **MICHAEL J. ASTRUE** | : | |

## ORDER

**AND NOW,** this 25th day of January, 2010, upon consideration of Plaintiff's Request for Review (Document No. 10), the defendant's response (Document No. 13), the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey (Document No. 15), and after a thorough and independent review of the record, it is **ORDERED** that:

1.    The Report and Recommendation is **APPROVED** and **ADOPTED**[1];

2.    The plaintiff's Request for Review is **GRANTED**.

3.    The matter is **REMANDED** to the Commissioner, pursuant to sentence four of 42 U.S.C. §405(g), for further proceedings consistent with the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey.

_/Timothy J. Savage_____
TIMOTHY J. SAVAGE,  J.

---

[1]  Magistrate Judge Hey's review and analysis of the record are thorough and discerning.  Her conclusions and recommendations are well reasoned and thoughtful.  No additional comments could improve upon her report and recommendation.